No. 81–290.   COMPAGNIE DES BAUXITES DE GUINEE *v.* INSURANCE CORPORATION OF IRELAND, LTD., ET AL. C. A. 3d Cir.   Certiorari denied.

No. 81–738.   NORTHWEST SPORTS ENTERPRISES, LTD. *v.* SEATTLE TOTEMS HOCKEY CLUB, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–1232.   TEXAS ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 81–1478.   HARVEY ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–1240.   SWANSON-DEAN CORP. *v.* SEATTLE DISTRICT COUNCIL OF CARPENTERS.   C. A. 9th Cir.   Certiorari denied.

No. 81–1485.   GRIFFITH CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–1491.   KIRSHENBAUM *v.* PENNSYLVANIA BOARD OF LAW EXAMINERS.   Sup. Ct. Pa.   Certiorari denied.

No. 81–1557.   BORG WARNER CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 81–1643.   WEBER ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 81–1673.   PHILADELPHIA NATIONAL BANK ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.